UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:07-cr-139-J-32TEM |
| v. | |
| ANDREW TYSON CREWS | |

| | |
|---|---|
| **Counsel for Government:** | **Counsel for Defendant:** |
| Bonnie Ames Glober | Lynn Palmer Bailey |

HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE
Courtroom Deputy: Marielena Diaz
Court Reporter: Deanne Moore          U.S. Probation: William R. Hutchinson

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

\_\_\_\_\_ Evidentiary/contested: \_\_\_\_\_
\_\_\_\_\_ United States' witnesses: \_\_\_\_\_
\_\_\_\_\_ Defendant's witnesses: \_\_\_\_\_
\_\_\_\_\_ United States' exhibits filed in evidence: \_\_\_\_\_
\_\_\_\_\_ Defendant's exhibits filed in evidence: \_\_\_\_\_
__X__ Plea previously accepted.
__X__ Defendant adjudged guilty on Count **One of the Indictment**
__X__ Imprisonment: **One Hundred Twenty (120) Months**
__X__ Court recommends confinement at: **As close to Hilliard, Florida, as possible**
__X__ Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e).
__X__ Court recommends to the BOP that defendant enroll in any educational and vocational programs as are available.
__X__ Defendant be **evaluated** to determine whether he requires mental health treatment and, if so, that it be provided.
__X__ Supervised Release: **Four (4) years.**
\_\_\_\_\_ Probation: \_\_\_\_\_
__X__ Special Assessment: **$100.00** to be paid immediately.
\_\_\_\_\_ Restitution: \_\_\_\_\_
__X__ Special conditions of supervised release/probation: \_\_\_\_\_
     \_\_\_\_\_ Defendant shall provide the Probation Officer access to any requested financial information.
     \_\_\_\_\_ Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer.
     \_\_\_\_\_ Defendant shall participate as directed in a program of mental health treatment.
     __X__ Defendant shall participate as directed in a program for substance abuse treatment.
     \_\_\_\_\_ Defendant shall participate in the Home Detention program for a period of \_\_\_\_\_
     \_\_\_\_\_ Defendant shall perform \_\_\_\_\_ hours of community service as directed by the Probation Officer.
     \_\_\_\_\_ If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally.
     \_\_\_\_\_ Mandatory drug testing suspended. Defendant poses a low risk.
     __X__ Defendant shall cooperate in the collection of DNA as directed by the probation officer.
     \_\_\_\_\_ The defendant will receive any available vocational and educational programming.
     __X__ Counts **Two and Three of the Indictment** are dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement.
__X__ Defendant is remanded to the custody of the U.S. Marshal.
\_\_\_\_\_ Defendant shall surrender to the designated institution as notified by the U.S. Marshal.
__X__ Defendant advised of right to appeal and to counsel on appeal.
\_\_\_\_\_ Other: \_\_\_\_\_

DATE: April 22, 2008                                TIME: 3:04 p.m. - 4:29 p.m.